UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| AARON C. REED, an individual, | CASE NO. 6:17-CV-01396-TC |
| Plaintiff, | JUDGMENT |
| v. | |
| ALPINE REAL ESTATE, LLC d/b/a arebend.com; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Based on the accepted Offer to Allow Judgment on file herein, and upon the consent of the parties hereto and good cause appearing,

It is hereby **ORDERED, ADJUDGED, and DECREED as follows:**

1. Judgment shall be entered for Plaintiff Aaron Reed and against Defendant Alpine Real Estate, LLC in the amount of $1,001 plus attorney fees and costs of $3,069.95, for a total judgment in the amount of $4,070.95.

///

PAGE 1 –           JUDGMENT

2.      Defendant Alpine Real Estate, LLC and its members David Feagins and Michael Connell shall be permanently enjoined from infringing upon all copyrighted works of Plaintiff Aaron Reed.

3.      The Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

There being no just reason for delay, the Court hereby directs the clerk to enter this Judgment.

Dated: 2/14/18

_____
United States District Judge